FILED

JUL 10 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ______________
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>VICTOR LNU,<br>Defendant. | NO. 1:13mj135 GSA.<br><br>ORDER UNSEALING COMPLAINT AND AFFIDAVIT IN SUPPORT THEREOF |

The United States having applied to this Court, for a complaint in the above-captioned proceedings to be unsealed,

IT IS SO ORDERED, that the complaint and affidavit in the above-entitled matter shall be unsealed.

DATED: 7/10/13

Honorable Gary S. Austin
U.S. Magistrate Judge